# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

                Plaintiff,

-vs-                                    Case No.  8:13-cv-868-T-23AEP

**GLENN HOPPES; UNITED STATES ENERGY CORP.; TN-KY DEVELOPMENT FUND LP; TN-KY DEVELOPMENT FUND II LP; TN-KY DEVELOPMENT FUND III LP,**

                Defendant.
_____/

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **United States Energy Corp.** in Tampa, Florida on this   8th   day of August, 2013.

                                                SHERYL L. LOESCH, CLERK


                                          By:    C. Davis, Deputy Clerk


Copies furnished to:

Counsel of Record