UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                CASE NO.: 8:13-cv-868-T-23AEP

GLENN HOPPES, et al.,

    Defendants.

_____/

**ORDER**

    The SEC moves (Doc. 23) to "set the disgorgement, prejudgment interest, and civil penalty amounts" against Glenn Hoppes and for voluntary dismissal of the civil penalty claims against United States Energy Corp., TN-KY Development Fund LP, TN-KY Development Fund II LP, and TN-KY Development Fund III LP (the Corporate Defendants). An April 20, 2014 order (Doc. 20) enters permanent injunctions against all defendants; directs Hoppes to pay a civil penalty, disgorgement, and prejudgment interest; and holds the Corporate Defendants jointly and severally liable for disgorgement of $2,500,000 with prejudgment interest. The SEC's motion (Doc. 23) is **GRANTED**.

    Hoppes is jointly and severally liable with the Corporate Defendants for disgorgement of $2,500,000, representing profits gained as a result of the conduct alleged in the complaint, together with prejudgment interest of $154,048.44. Also,

Hoppes must pay a civil penalty of $450,000.  Thus, the clerk is directed to enter judgment in favor of the SEC and against Hoppes and the Corporate Defendants for $3,104,048.44.

Hoppes may transmit payment electronically to the SEC, which will provide detailed instructions upon request.  Alternatively, Hoppes may pay directly from a bank account via pay.gov through the SEC's website at http://www.sec.gov/about/offices/ofm.htm.  Also, the defendants may pay by certified check, by bank cashier's check, or by United States postal money order payable to the SEC, the payment of which must be delivered or mailed to:

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and must be accompanied by a letter identifying the case title, the civil action number, the name of this court, Glenn Hoppes as the defendant in this action, and that payment satisfies this order and the final judgment.

Hoppes must simultaneously transmit photocopies of evidence of payment and case identifying information to Amie Riggle Berlin, Senior Trial Counsel, Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.  By making the payment, Hoppes relinquishes all legal and equitable right, title, and interest in the funds and no part of the funds will be returned to Hoppes.

Under the SEC's motion voluntarily dismissing the civil penalty claims against the Corporate Defendants, the civil penalty claims against United States Energy

Corp., TN-KY Development Fund LP, TN-KY Development Fund II LP, and TN-KY Development Fund III LP are **DISMISSED**.

There being no just reason for delay, under Rule 54(b), Federal Rules of Civil Procedure, the clerk is directed to enter this judgment and a final judgment. Also, the clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on November 25, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE